| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 3:07CR25-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 07CR 711 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Claudesta D. Thompkins | DISTRICT NORTHERN DISTRICT OF INDIANA | DIVISION HAMMOND |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE ROBERT L. MILLER, Jr | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/27/2006 — TO 08/26/2010 |

FILED OCT 29 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE DENLOW

| OFFENSE |
|---|
| Ct 1: Theft of Public Monies   18:641 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF INDIANA</u>

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT of ILLINOIS [CHICAGO] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_October 19, 2007_　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT of ILLINOIS [CHICAGO]

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 26 2007　　　　　　　　　　　　　_[signature]_
Effective Date　　　　　　　　　　　　United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Stephen R. Ludwig, Clerk                                         www.innd.uscourts.gov

October 23, 2007

Clerk, U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**07CR    711**

**JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE DENLOW**

Dear Sir or Madam:

 Enclosed please find the <u>ORIGINAL</u> Probation Form 22, Transfer of Jurisdiction, regarding Claudesta Thompkins, which has been approved and signed by Judge Robert L. Miller, Jr..

 Please process this form for a judge's signature in your district, and return the <u>original</u> Form 22 to us. We will then forward certified copies of the indictment, judgment and docket.

 Thank you very much.

Sincerely,

STEPHEN R. LUDWIG, CLERK

By: _/s/ Shirley Paulson_
  Deputy Clerk

FILED
OCT 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

Reply to South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273